UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

ROLAND GUTIERREZ, FRANKIE ROSADO,
RENE CANELA AND DAVID FLORES,

Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT and RAYMOND KELLY,
COMMISSIONER, et al.,

Defendants.

-----------------------------------------------------------------

Index No.:  08 CV 6537

AFFIDAVIT OF SERVICE
OF  SUMMONS
AND VERIFIED COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU            SS.:

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735.  That on July 25, 2008 at 2:23 p.m. at NYPD Detective Borough Bronx, 1086 Simpson Street, Bronx, New York, New York, deponent served the within Summons and Verified Complaint on defendant DEPUTY CHIEF STEPHEN R. KENNEDY therein named.

1.____INDIVIDUAL    by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2.____CORPORATION    a domestic corporation, by delivering thereat a true copy of each  to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3._X_ SUITABLE AGE    by delivering thereat a true copy of each to a person of
       PERSON    suitable age discretion.  Said premises is defendant's place of business - within the state. – Principal Maldonado

4.____AFFIXING TO    by affixing a true copy of each to the door of said premises, which
       DOOR, ETC.    is defendant's - actual place of business - dwelling house - usual place of abode - within the state.  Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____MAILING    Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last
use with 3 or 4    known residence, at
(if applicable)    and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
       **MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_3_DESCRIPTION  Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| ___Male | _X_ White Skin | ___Black Hair | ___14-20 Yrs. | ___Under 5' | ___Under 100 lbs. |
| _X_ Female | ___Black Skin | ___Brown Hair | ___21-35 Yrs. | _X_ 5'0"  5"3" | ___100-130 lbs. |
| | ___Brown Skin | ___Blond Hair | _X_ 36-50 Yrs. | ___5'4" - 5'8" | ___131-160 lbs. |
| | | _X_ Gray Hair | ___51-65 Yrs. | ___5'9"-6'0" | _X_ 161-200 lbs. |
| | | ___Red Hair | ___Over 65 Yrs. | ___Over 6' | ___Over 200 lbs. |
| | | ___White Hair | | | |
| | | ___Balding | | ___Glasses | |

Sworn to before me on  August  1 , 2008

*Sheryl A. Serrano* (signature)

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 20_11_

*John Michael Devito* (signature)

JOHN MICHAEL DEVITO