UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ROLAND GUTIERREZ, FRANKIE ROSADO,        Index No.: 08 CV 6537
RENE CANELA AND DAVID FLORES,
                          Plaintiffs,     AFFIDAVIT OF SERVICE
                                          OF SUMMONS
           -against-                      AND VERIFIED COMPLAINT

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT and RAYMOND KELLY,
COMMISSIONER, et al.,
                          Defendants.
-------------------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NASSAU        SS.:

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on July 25, 2008 at 2:23 p.m. at NYPD Detective Borough Bronx, 1086 Simpson Street, Bronx, New York, New York, deponent served the within Summons and Verified Complaint on defendant DEPUTY INSPECTOR RAYMOND ROONEY therein named.

1. ___ INDIVIDUAL    by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. ___ CORPORATION   a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. _X_ SUITABLE AGE PERSON   by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's place of business - within the state. – Principal Maldonado

4. ___ AFFIXING TO DOOR, ETC.   by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

___ MAILING
use with 3 or 4
(if applicable)
Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_3_ DESCRIPTION   Deponent describes the individual served as follows:
1 or 3

|  | | | | | |
|---|---|---|---|---|---|
| ___ Male | _X_ White Skin | ___ Black Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 lbs. |
| _X_ Female | ___ Black Skin | ___ Brown Hair | ___ 21-35 Yrs. | _X_ 5'0" 5"3" | ___ 100-130 lbs. |
|  | ___ Brown Skin | ___ Blond Hair | _X_ 36-50 Yrs. | ___ 5'4" - 5'8" | ___ 131-160 lbs. |
|  |  | _X_ Gray Hair | ___ 51-65 Yrs. | ___ 5'9"-6'0" | _X_ 161-200 lbs. |
|  |  | ___ Red Hair | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 lbs. |
|  |  | ___ White Hair |  |  |  |
|  |  | ___ Balding |  | ___ Glasses |  |

Sworn to before me on August _1_, 2008

                                                             JOHN MICHAEL DEVITO

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 20_11_