UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

ROLAND GUTIERREZ, FRANKIE ROSADO,
RENE CANELA AND DAVID FLORES,

                               Plaintiffs,

         *-against-*

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT and RAYMOND KELLY,
COMMISSIONER, et al.,

                               Defendants.

-------------------------------------------------------------

Index No.: 08 CV 6537

AFFIDAVIT OF SERVICE
OF  SUMMONS
AND VERIFIED COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

    JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735.  That on July 25, 2008 at 11:56 a.m. at 100 Church Street, New York, New York, deponent served the within Summons and Verified Complaint on defendant CITY OF NEW YORK  therein named.

| | | |
|---|---|---|
| 1.___INDIVIDUAL | by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. |
| 2.____CORPORATION | a domestic corporation, by delivering thereat a true copy *of each*  to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof |
| 3._X__ SUITABLE AGE PERSON | by delivering thereat a true copy *of each* to a person of suitable age discretion.  Said premises is defendant's place of business - within the state. |
| 4.____AFFIXING TO DOOR, ETC. | by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state.  Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there |
| ____MAILING<br>use with 3 or 4<br>(if applicable) | Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at<br>and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.<br>**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL** |

_3_ DESCRIPTION  Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| ___Male | ___White Skin | _X_ Black Hair | ___14-20 Yrs. | ___Under 5' | ___Under 100 lbs. |
| _X_ Female | _X_ Black Skin | ___Brown Hair | _X_ 21-35 Yrs. | ___5'0" - 5'3" | ___100-130 lbs. |
| | ___Brown Skin | ___Blond Hair | ___36-50 Yrs. | _X_ 5'4" - 5'8" | _X__ 131-160 lbs. |
| | | ___Gray Hair | ___51-65 Yrs. | ___5'9"-6'0" | ___161-200 lbs. |
| | | ___Red Hair | ___Over 65 Yrs. | ___Over 6' | ___Over 200 lbs. |
| | | ___White Hair | | | |
| | | ___Balding | | ___Glasses | |

Sworn to before me on August  1 , 2008

_[signature]_

_[signature]_
          JOHN MICHAEL DEVITO

**SHERYL A. SERRANO**
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 20 11