UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| ROLAND GUTIERREZ, FRANKIE ROSADO, RENE CANELA AND DAVID FLORES,<br><br>                          Plaintiffs,<br><br>           -against-<br><br>THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT and RAYMOND KELLY, COMMISSIONER, DEPUTY CHIEF STEPHEN R. KENNEDY, LT. KEVIN MORONEY, and DEPUTY INSPECTOR RAYMOND ROONEY,<br><br>                          Defendants. | **NOTICE OF APPEARANCE**<br><br>08 Civ. 6537 (LBS)(JCF) |

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendant the City of New York, the New York City Police Department, and Raymond Kelly, Commissioner, in the above-referenced action.

Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Christopher L. Heer's name be inserted as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
            August 7, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                    City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 2-125
                                    New York, N.Y. 10007
                                    (212) 788-0960

                            By:     _____
                                    Christopher L. Heer (CH 1086)
                                    Assistant Corporation Counsel

08 Civ. 6537 (LBS)(JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLAND GUTIERREZ, FRANKIE ROSADO, RENE CANELA AND DAVID FLORES,

Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT and RAYMOND KELLY, COMMISSIONER, DEPUTY CHIEF STEPHEN R. KENNEDY, LT. KEVIN MORONEY, and DEPUTY INSPECTOR RAYMOND ROONEY,

Defendants.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-125*
*New York, New York 10007-2601*

*Of Counsel: Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2008-027339*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................., 2008.*

.................................................. *Esq.*

*Attorney for* ..........  ..................................................